**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCAS NOEL DeFRANTZE, | No. CIV S-08-1863CMK-P |
| Petitioner, | |
| vs. | ORDER |
| SCOTT JONES, | |
| Respondent. | |
| _____ / | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion for an extension of time (Doc. 7) to resolve fees.  Good cause appearing therefor, the motion will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (Doc. 7) is granted;

2. Petitioner shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, or the appropriate filing fee; and

/ / /

1

3.      The Clerk of the Court is directed to send petitioner a new form Application to Proceed In Forma Pauperis By a Prisoner.

DATED: September 23, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE