1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   **LUCAS NOEL DeFRANTZE,**                    CIV S-08-1863-LKK-CMK-P

12                                  Petitioner,   **ORDER**

13              **v.**

14   **SCOTT JONES,**

15                                  Respondent.

16

17          Upon considering Respondent's request, and good cause appearing, Respondent shall

18   have an additional thirty days, to and including January 19, 2009, to file a response to the

19   petition for writ of habeas corpus.

20

21    DATED:  December 19, 2008

22

23                                          _____
                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28