IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUCAS NOEL DeFRANTZE,              No. CIV S-08-1863-LKK-CMK-P

      Petitioner,

  vs.                                                 ORDER

SCOTT JONES,

      Respondent.

_____/

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is respondent's request to accept a late-filed answer. Good cause appearing therefor, the request is granted. The answer has been filed. Petitioner's traverse is due within 30 days of the date of this order.

      IT IS SO ORDERED.

DATED: January 26, 2009

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE

1